**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HAYMARKET INSURANCE COMPANY,**

**Plaintiff,**

**- against -**

**LEADENHALL CAPITAL PARTNER LLP, ET AL.,**

**Defendants.**

**25-cv-10687 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held today, the plaintiff may amend its complaint by **August 13, 2026**. The defendants may answer or move to dismiss the amended complaint by **September 14, 2026**. If the defendants move to dismiss the amended complaint, the plaintiff may respond by **October 6, 2026**; the defendants may reply by **October 20, 2026**. If the defendants answer the amended complaint, the parties shall file a Rule 26(f) report by **October 6, 2026**. If the defendants move to dismiss the amended complaint, discovery shall be stayed pending resolution of the motion. If the plaintiff does not file an amended complaint by August 13, 2026, the defendants shall answer or move to dismiss the original complaint by **September 14, 2026**, and the deadlines and conditions set forth above shall apply accordingly.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 9, 2026**

**John G. Koeltl**
**United States District Judge**